United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LYNN O'HINES,<br>　　　　　Plaintiff,<br>　vs.<br>S. WILLIAMS, et al.,<br>　　　　　Defendants.　　／ | No. C 09-3142 PJH (PR)<br>**ORDER OF DISMISSAL** |
| JAMES LYNN O'HINES,<br>　　　　　Plaintiff,<br>　vs.<br>SHASTA COUNTY,<br>　　　　　Defendants.　　／ | No. C 09-3143 PJH (PR)<br>**ORDER OF DISMISSAL** |
| JAMES LYNN O'HINES,<br>　　　　　Plaintiff,<br>　vs.<br>STRINGFELLOW, et al.,<br>　　　　　Defendants.　　／ | No. C 09-3165 PJH (PR)<br>**ORDER OF DISMISSAL** |
| JAMES LYNN O'HINES,<br>　　　　　Plaintiff,<br>　vs.<br>CDC, et al.,<br>　　　　　Defendants.　　／ | No. C 09-3166 PJH (PR)<br>**ORDER OF DISMISSAL** |

United States District Court
For the Northern District of California

| | |
|---|---|
| JAMES LYNN O'HINES,<br><br>          Plaintiff,<br><br>     vs.<br><br>MUTLOS, et al.,<br><br>          Defendants.<br>_____ / | No. C 09-3195 PJH (PR)<br><br>**ORDER OF DISMISSAL** |
| JAMES LYNN O'HINES,<br><br>          Plaintiff,<br><br>     vs.<br><br>ERIC S. PIERSON, et al.,<br><br>          Defendants.<br>_____ / | No. C 09-3196 PJH (PR)<br><br>**ORDER OF DISMISSAL** |
| JAMES LYNN O'HINES,<br><br>          Plaintiff,<br><br>     vs.<br><br>SOUTH MOUNTAIN DISTRICT POLICE STATTION, et al.,<br><br>          Defendants.<br>_____ / | No. C 09-3197 PJH (PR)<br><br>**ORDER OF DISMISSAL** |

     These pro se civil rights actions were filed a prisoner confined in Florence, Arizona. On the day they were opened the court notified plaintiff he had neither paid the filing fee nor submitted applications for leave to proceed in forma pauperis.  Copies of the court's form for applications to proceed in forma pauperis were provided with the notices, along with return envelopes.  Plaintiff was warned to pay the fees or file IFP applications within thirty days or the cases would be dismissed.

     Plaintiff has not responded.  These cases therefore are **DISMISSED** without prejudice.  The clerk shall close the files.

     **IT IS SO ORDERED.**

Dated:  August 27, 2009.

_____
PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.09\O'HINES3142.DSM-IFP.wpd